UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDDIE LEBLANC                                                                  CIVIL ACTION

VERSUS                                                                                    NO. 07-2977

JEFFREY TRAVIS, WARDEN, RCC                                          SECTION "A"(5)

## ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Plaintiff's petition is time-barred.

Accordingly;

**IT IS ORDERED** that the Plaintiff's complaint should be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, Sunday, August 19, 2007.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE